KEVIN SCHWIN (State Bar No. 262595)
LAW OFFICE OF KEVIN SCHWIN
1220 E. Olive Ave.
Fresno, California 93728
Telephone: (559) 715-2889
Facsimile: (559) 221-6812

Attorney for Plaintiff
RUSTY GOBEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSTY GOBEL,<br><br>    Plaintiff,<br><br> vs.<br><br>HAUSER & HAUSER, INC., an Arizona Corporation; KEVIN HAUSER, an individual; CLAUDIA HAUSER, an individual; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 1:16−CV−00146−−−SAB<br><br>**ORDER TO CONTINUE SCHEDULING CONFERENCE** |

 The Court hereby finds good cause to continue the Scheduling Conference initially set for April 19, 2016 at 9:30 AM in Courtroom 9.  The Scheduling Conference shall now go forward on July 19, 2016   at 3:00 p.m. in Courtroom 9 of the United States District Court for the Eastern District of California − Fresno Division.  The Parties shall meet and confer, and shall file a Joint Scheduling Report pursuant to the terms of this Court's Order Setting Mandatory Scheduling Conference (Doc. #3), filed February 1, 2016.

//

IT IS SO ORDERED.

Dated: **April 12, 2016**

UNITED STATES MAGISTRATE JUDGE