UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSTY GOBEL, <br><br> Plaintiffs, <br><br> vs. <br><br> HAUSER & HAUSER, an Arizona Corporation; KEVIN HAUSER, an individual; CLAUDIA HAUSER, an individual; and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No.: 1:16-CV-00146--SAB <br><br> **ORDER GRANTING STIPULATION TO CONTINUE SCHEDULING CONFERENCE** |

The Court having read and considered the *Stipulation To Continue Scheduling Conference*, IT IS HEREBY ORDERED as follows:

1. The Scheduling Conference, currently set for July 19, 2016 at 3:00 p.m. in Courtroom 9 is continued to August 8, 2016 at 3:00 p.m. in Courtroom 9.  A Joint Scheduling Report is due one week before the new conference date.

IT IS SO ORDERED.

Dated:  **July 13, 2016**  _____
UNITED STATES MAGISTRATE JUDGE

1